# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE: | * CASE NO. 16-70358-BEM |
| | * |
| LAILA QADEERAH GOGGANS, | * |
| aka ABDUL ZAHIR, | * CHAPTER 7 |
| | * |
| | * |
| | * |
| DEBTOR. | * |
| | * |

## WITHDRAWAL OF MOTION TO AVOID LIEN

COMES NOW Laila Qadeerah Goggans, Debtor in the above-styled Chapter 7 case, and through counsel withdraws "Motion to Avoid Lien," filed on September 29, 2017 as docket entry number 23.

                          Respectfully submitted,
                          Clark & Washington, LLC

                          /s/_____
                          Thomas J. Reichard
                          GA Bar No. 150822
                          Attorney for the Debtor

Clark & Washington, PC
3300 Northeast Expressway
Building 3
Atlanta, GA 30341
Phone (404) 522-2222
Fax (770)220-0685

*/jas/TJR*

## CERTIFICATE OF SERVICE

I the undersigned certify under penalty of perjury that on this day I served the following parties with a copy of the attached "Withdrawal of Motion to Avoid Lien" by placing true copies of same in the United States Mail with adequate postage affixed to insure delivery, addressed to:

Dale R. F. Goodman-Chapter 7 Trustee
3833 Roswell Road NE
Suite 106
Atlanta, GA 30342-4432

Laila Qadeerah Goggans
8104 Webb Rd #3405
Riverdale, GA 30274

Dated: 10/5/2017

/s/
Thomas J. Reichard
Attorney for the Debtor
GA Bar No. 150822

Clark & Washington, PC
3300 Northeast Expressway
Building 3
Atlanta, GA 30341
Phone (404) 522-2222
Fax (770)220-0685

*/jas/TJR*